AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LA VERNE VITA DUNN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:13-CV-650-D** |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on September 23, 2014, that the court adopts the Memorandum and Recommendation of United States Magistrate Judge James E. Gates Plaintiff's objections to the Memorandum and Recommendation are OVERRULED, plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 24, 2014**, AND A COPY MAILED TO:

Meredith S. Hinton (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| September 24, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>*Eastern District of North Carolina*<br><br>/s/ Susan W. Tripp<br>*(By) Deputy Clerk* |
| *New Bern, North Carolina* | |